BROADWAY-170TH STREET HOLDING CORP., Landlord, Respondent,
*v.* HARRY METZ, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, April 28, 1938.

*Nathan W. LaPotin,* for the appellant.

*Robert J. Schwartz,* for the respondent.

PER CURIAM. The landlord was authorized to apply for the precept by its agent. (Civ. Prac. Act, § 1414.) On the trial the agent merely appeared as a witness. Neither the petition nor the precept demanded a judgment for rent. (*Fourteenth Street Realty Corp.* v. *Deutsch,* 136 Misc. 50.)

Final order modified by striking out so much thereof as renders a money judgment for petitioner and as modified affirmed, with twenty-five dollars costs to tenant.

LYDON and FRANKENTHALER, JJ., concur; HAMMER, J., concurs in result only.